Robert A. Gibbs   #510503
Name and Prisoner/Booking Number

Shasta County Jail
Place of Confinement

1655 West St.
Mailing Address

Redding, CA. 96001
City, State, Zip Code

**FILED**

OCT 22 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert A. Gibbs,
(Full Name of Plaintiff)
                    Plaintiff,

v.

(1) Deputy J. Webb ~ as an individual,
(Full Name of Defendant) and in his official capacity

(2) Deputy C. Barnhart ~ as an individual
and in his official capacity

(3) Sgt. C. Reed ~ as an individual,
and in his official capacity

(4) Sgt. B. Rodgers ~ as an individual,
and in his official capacity
                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:18-cv-02817-DB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Shasta County Jail

## B. DEFENDANTS

1. Name of first Defendant: __Deputy J. Webb (#J0607)__. The first Defendant is employed as: __Correctional Deputy__ at __Shasta County Jail__.
   (Position and Title)                                            (Institution)

2. Name of second Defendant: __Deputy C. Barnhart__. The second Defendant is employed as: __Correctional Deputy__ at __Shasta County Jail__.
   (Position and Title)                                            (Institution)

3. Name of third Defendant: __Sgt. C. Reed__. The third Defendant is employed as: __Correctional Sargeant__ at __Shasta County Jail__.
   (Position and Title)                                            (Institution)

4. Name of fourth Defendant: __Sgt. B. Rodgers__. The fourth Defendant is employed as: __Correctional Sargeant__ at __Shasta County Jail__.
   (Position and Title)                                            (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __5__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Robert A. Gibbs__ v. __County of Shasta (District Atty.)__
      2. Court and case number: __U.S.D.C. (eastern Dist. of Calif.) #2:18-cv-02262-mce-efb__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __pending__

   b. Second prior lawsuit:
      1. Parties: __Robert A. Gibbs__ v. __Shasta County (Sheriffs Dept.)__
      2. Court and case number: __U.S.D.C. (eastern Dist.) # 2:18-cv-02261-JAM-AC__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __pending__

   c. Third prior lawsuit:
      1. Parties: __Robert A. Gibbs__ v. __Shasta County (Superior Court)__
      2. Court and case number: __U.S.D.C. (eastern Dist.) # 2:18-cv-02263-mce-AC__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __pending__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

Robert A. Gibbs, plaintiff
c/o Shasta County Jail #510503
Shasta County Jail
1655 West St.
Redding, CA. 96001

Gibbs v. Webb et. al.

In and for the United States District Court of California, Eastern Dist.

Additional Defendants;

1. Shasta County, CA. ~ a municipal entity

2. Shasta County Sheriff Tom Bosenko ~ as an individual and in his official capacity

3. Captain Dave Kent ~ Shasta County Jail facility manager, as an individual and in his official capacity

4. California Forensic Medical Group (C.F.M.G.) ~ a California Corporation

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 1st Amend. (Speech) 4th Amend. (illegal Seizure ~ Person) 14th Amend. (Due process ~ assault, retaliation, false report).

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities      ☐ Mail           ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property       ☐ Exercise of religion    ☐ Retaliation
   ☑ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On September 28th, 2017, while incarcerated as a pre-trial detainee at the Shasta County Jail (Housing Unit 3-C), I was viciously assaulted and threatened with Death by Correctional Deputy J. Webb. During an on-going dispute over the conditions in the Jail and mis-treatment of prisoners, Deputy Webb became agitated and verbally abusive. At one point, Webb threatened to shoot me, saying "I'll do to you what I've done to every other man I've put in the ground — I'll look you in the eye and pull the trigger." Several other inmates heard Webb's statements. Approximately one and a half hours later, Deputies Webb and Barnhart were picking up breakfast trays. I had continued to complain of treatment of inmates at the Jail. I was demanding a grievance form (which are regularly withheld from inmates at the Jail). Because Webb had threatened me and was refusing to give me a grievance form, I refused to give Webb my tray. Webb called to Deputy Barnhart to come down from the top tier to assist him and both Deputies then entered my cell. Before entering, Webb had ordered me to sit on my bunk, which I immediately did. Webb and I continued to argue as deputies came into the cell. Webb entered first and had pulled out his SAP (a small, heavy, steel bar that Deputies use to activate door monitors). Deputy Barnhart had removed his Taser and was concealing it behind his leg. I continued to remain seated on my bunk with. (Cont.)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Both eyes blackened, Broken nose, Large, swollen Contusion on face, Cuts on wrists, physical pain, loss of a great deal of blood, emotional distress, fear, fear of retaliation, denial of Civil rights (free speech, redress of grievance, free from unlawful seizure, due process) etc.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# CLAIM II

1. State the constitutional or other federal civil right that was violated: __14th Amend. (Due process)__.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☑ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In addition to the acts in Claim one, deputees and Corrections Sargeants went on to file a false Criminal Complaint in retaliation, placed me on "Chain-all movement" status in retaliation, allowed several other deputees to retaliate with invidious "disciplinary" reports and continued to make threats against me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   On-going state of fear, emotional distress, suicide ideation, psychological damage, unlawful physical restraint (for 11 mos.), fear of exercising Const. rights, loss of programming/exercise/visits, humiliation.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

Robert A. Gibbs, plaintiff
c/o Shasta County Jail
1655 West St.
Redding, CA. 96001

Gibbs v. Webb et. al.

In and for the United States District Court of California, Eastern Dist.

Statement of Claim, Continued;

my arms in my lap. At no time did I show any aggression, make any threat or move towards or away from Deputees. I did continue to argue with Deputy Webb. As Webb approached the desk area to pick up the Breakfast tray, I was telling him that I was being mistreated in the Jail and that I had a right to a redress of my grievances with the Jail. Webb screamed in my face "you don't have any rights" and "I don't have to give you shit (referring to the grievance form I had been requesting)." I told him "yes I do. I have a right to complain about the way I am being treated in the Jail". Webb screamed "Shut up. Shut the fuck up." He then used both hands around my neck to start choking me (at some point while we were arguing, he had returned his Sap to its holder on his belt). Webb was not choking me very hard. (I did not realise until later that Webbs' intent was not actually to choke me, but to scare me into hitting him so he would be Justified in assaulting me).

As Webb was choking me, I did not move or even try to pull away. I simply looked up at Webb. I was still sitting on my bunk with my hands in my lap. Deputy Barnhart was directly behind Webb and could see what Webb was doing. Barnhart made no move to stop Webb from choking me. After about 10 seconds of choking me, Webb removed his hands from my neck and using a pivot maneuver with his elbow he struck me in the middle of my face. This blow was very hard and fast. It was so fast, I did not actually see him do it (Webb was a marine and

Robert A. Gibbs, plaintiff
Shasta County Jail
1655 West St.
Redding, CA. 96001

Gibbs V. Webb et. al.

In and for the United States District Court of California, Eastern Dist.

Con't...

  they are trained to punch with their elbows. When Webb struck me my head went back 12-18" and blood flew out of my nose and struck the wall several feet away. Webb then grabbed my shoulder and started rolling me onto my stomache. My nose was bleeding profusely all over the top end of the bunk. I did not resist Webb in any way as he and Barnhart placed me in handcuffs. Barnhart made no move to restrain Webb and only helped Webb to place me in cuffs. Deputees stood me up and were taking me out of the cell before other deputees even got to the cell. As deputees were walking me out of the cell, blood was spraying out of my nose onto the walls and floor and Webb was yelling at me "I told you to shut the fuck up".
  Deputees then took me out of the housing unit to medical. I made a complete blood trail out of the unit to the elevator (45-50 ft.), left a 12" puddle of blood in the elevator, then made an uninterrupted blood trail from the elevator to medical (another 45-50 ft.). Despite the fact that I was not resisting them in any way, Deputees still forced me very roughly to the floor in medical and several deputees sat on me as I was face down and handcuffed. I ended up with a large facial contusion and cuts on my wrists from the handcuffs. At medical, C.F.M.G nurse Barbara Littleton temporarily stopped the bleeding and I was sent back to my cell where the bleeding returned again for several hours. Barbara Littleton told deputies my nose was not broken (X-Rays taken the next day determined it was). No-one in medical attempted in any way to

Robert A. Gibbs, plaintiff
c/o Shasta Co. Jail #510503
Shasta County Jail
1655 West St.
Redding, CA 96001

③

Case 2:18-cv-02817-JAM-DB   Document 1   Filed 10/22/18   Page 8 of 10

Gibbs v. Webb et. al.

In and for the United States District Court of California, Eastern Dist.

Cont...

  ascertain the causes of my injury (this is S.O.P. at the Shasta County Jail - the deputees regularly use excessive force and C.F.M.G. personnel are not properly trained and/or are too intimidated by deputees to report any incidents of assault by deputees). I told Barbara Littleton several times that Webb hit me. She did not report the incident to any authority.

  Upon returning to my cell I began telling several officers that I wanted to report an assault. None would take a report. There is a very well defined Code of Silence at the Shasta Jail. Deputees do not <u>ever</u> report wrong-doings by other deputees. I continued to demand to make a report and was only given excuses. One deputy even told me that what Webb did was "only a misdemeanor" (they are in fact federal and state felonies). I demanded to make a report to Redding Police Department. I was told I could not. When I persisted I was given a R.P.D. phone number that does not accept calls from the Jail. When I complained further, I was given an out-dated address and told to write them. I wrote several grievances and spoke to several deputees. None were helpful. Sgts. Reed and Rodgers were asked on my behalf to allow me to make a police report and the request was denied. In their response to my grievances, it was clear that sargeants and the Jail facilities manager were going to cover for Webb/Barnhart. In my grievances I made it clear there were as many as eight witnesses and gave their names. No effort whatsoever was made to investigate. This is also standard procedure at Shasta Jail.

Robert A. Gibbs, plaintiff
c/o Shasta Co. Jail, #510503
Shasta County Jail
1655 West St.
Redding, CA. 96001

Gibbs v. Webb et. al.

In and for the United States District Court of California, Eastern Dist.

Cont...

    Webb and Barnhart went on to make two contradicting reports. Deputees deliberately and maliciously lied about the entire incident, claiming I was aggressive and threatening toward them. Deputees first claimed that I assaulted Webbs elbow with my face, then said my nose was broken incident to Webb pushing me back on my bunk. It is clear by reading reports side by side that they are lying. As many as eight inmates either provided me written statements or spoke to my investigator about the incident. All of them were consistent and stated that I never threatened or resisted deputees and that Webb essentially just entered the cell and assaulted me.

    Sheriff Tom Bosenko is well aware what goes on in the Jail. His department regularly employs violent, anti-social and unstable people. Complaints of excessive force and abuse are deliberately and routinely buried. I myself have made many complaints/reports, not one single one of which was treated seriously. Sargeants like Reed and Rodgers (but also South, Tanner, Marlar, Kent) do not supervise deputees on all levels of the Jail ever. They also are training deputees to regularly use excessive force and criminally and consciously cover up all questionable incidents. I have written to Tom Bosenko several times and made it clear what was going on in the Jail. All of these letters were ignored. I have been informed that I am being charged with a battery on Deputy Webb. If Webb testifies and sticks to his report, he will be approximately the 10th deputy to perjure himself in my cases in Shasta Superior Court.

Signed under penalty of perjury,
Robert A. Gibbs
this 6th day of ~~october~~, 2018

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking any relief (including mandamus/prohibition) the Court will order to prohibit the Shasta County Sheriffs from continuing to hire psychologically unsuitable and violent individuals as sheriffs deputees, a jury trial to determine facts and individual liability and compensatory and punitive damages of $1,300,000.00 as I do not believe that any less amount will compel the Shasta County Sheriffs Dept. to properly screen, hire, train and supervise deputees within the County.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/19/2018
DATE

Robert A. Gibbs
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6