UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:18-cv-2817 JAM DB P |
| Plaintiff, | |
| v. | ORDER AND |
| J. WEBB, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's first amended complaint was recently screened and found to state the following claims: (1) Monell[1] claims against Shasta County and California Forensic Medical Group, (2) a First Amendment retaliation claim against Deputy J. Webb, Sergeant C. Reed, Sergeant B. Rodgers, and Captain Dave Kent; (3) a First Amendment right to petition claim against Deputy Webb, Sergeant Reed, and Sergeant Rodgers; (4) a Fourteenth Amendment excessive force claim against Deputy Webb; and (5) a Fourteenth Amendment failure to protect claim against Deputy Barnhart. None of the other claims were cognizable as plead. Plaintiff was then directed to file a notice as to whether he wished to proceed with the first amended complaint as screened, to

---

[1] Monell v. Dep't of Soc. Servs. of City of New York, 436 U.S. 658 (1978).

file a second amended complaint, or to dismiss this action. Plaintiff has now filed a notice of his intent to proceed on the first amended complaint as screened.

Accordingly, **IT IS HEREBY ORDERED** that:

1. In accordance with the Court's May 5, 2020, Screening Order (ECF No. 14), service is appropriate for defendants Shasta County, California Forensic Medical Group, Captain Dave Kent, Deputy J. Webb, Deputy C. Barnhart, Sergeant C. Reed, and Sergeant B. Rodgers.

2. The Clerk of the Court shall send plaintiff 7 USM-285 forms, one summons, an instruction sheet and a copy of the first amended complaint filed August 7, 2019. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. 8 copies of the endorsed first amended complaint filed August 7, 2019.

3. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**IT IS FURTHER RECOMMENDED** that plaintiff's remaining claims for relief be dismissed without leave to amend.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

////

////

2

Case 2:18-cv-02817-JAM-DB   Document 16   Filed 07/23/20   Page 3 of 4

1  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

2  (9th Cir. 1991).

3  Dated:  July 22, 2020

    _____
    DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/gibb2817.serv+f&r

3

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>           Plaintiff,<br><br>  v.<br><br>J. WEBB, et al.,<br><br>           Defendants. | No.  2:18-cv-2817 JAM DB P<br><br><br>NOTICE OF SUBMISSION |

    Plaintiff submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_          completed summons form

    \_\_\_\_          completed USM-285 forms

    \_\_\_\_          copies of the _____
                                 Complaint

DATED:

                                                _____
                                                Plaintiff