UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. WEBB, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2817 JAM DB P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 23, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　1. The findings and recommendations filed July 23, 2020, are adopted in full; and

1

2. This action shall proceed on the following claims: (1) Monell[1] claims against Shasta County and California Forensic Medical Group, (2) a First Amendment retaliation claim against Deputy J. Webb, Sergeant C. Reed, Sergeant B. Rodgers, and Captain Dave Kent; (3) a First Amendment right to petition claim against Deputy Webb, Sergeant Reed, and Sergeant Rodgers; (4) a Fourteenth Amendment excessive force claim against Deputy Webb; and (5) a Fourteenth Amendment failure to protect claim against Deputy Barnhart.

3. All other claims and defendants are hereby dismissed.

4. Case to remain open.

DATED: October 13, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

---

[1] Monell v. Dep't of Soc. Servs. of City of New York, 436 U.S. 658 (1978).