UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. WEBB, et al.,<br><br>        Defendants. | No. 2:18-cv-2817 JAM DB P<br><br>ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER |

The court's March 15, 2021 discovery and scheduling order set a discovery deadline of April 30, 2021 for this case. Plaintiff has filed a motion to extend the discovery deadline. Upon review, it appears this date was selected in error.

Good appearing, IT IS HEREBY ORDERED:

1. Plaintiff's motion to extend the discovery deadline (ECF No. 33) is granted;
2. The discovery and scheduling order for this case is modified insofar as the parties may conduct discovery until August 13, 2021, and all pretrial motions, except motions to compel discovery, shall be filed on or before November 5, 2021;

////
////
////
////

1

3. In all other respects the terms of the March 15, 2021 order remain in effect.

Dated: April 30, 2021

DLB7
gibb2817.modifydso

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE