**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants
SHASTA COUNTY, JESSIE WEBB, DAVE KENT,
CASEY BARNHART, CHASE REED, and BRANDEN RODGERS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT A. GIBBS, | Case No. 2:18-cv-2817 JAM DB P |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |
| vs. | |
| J. WEBB, et al., | |
| Defendants. _____/ | |

Defendants have requested a modification of the Scheduling Order (ECF No. 34) to extend discovery and the dispositive motion filing deadline. The request appears reasonable and necessary in order to prepare Defendants' defense. The Court Orders as follows:

IT IS ORDERED:

1. That discovery may be conducted to **November 12, 2021**.
2. That the date for filing of dispositive motions shall be extended from November 5, 2021 to **January 11, 2022**.

///

ORDER MODIFYING SCHEDULING ORDER

1

3. In all other respects, the Scheduling Order (ECF No. 34) shall remain in full force and effect.

Dated: August 11, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
gibb2817.36dso

ORDER MODIFYING SCHEDULING ORDER

2