# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>           Plaintiff,<br><br>    v.<br><br>J. WEBB, et al.,<br><br>           Defendants. | Case No. 2:18-cv-2817 JAM DB P<br><br>**[PROPOSED] ORDER TO MODIFY SCHEDULING ORDER** |

Defendants Shasta County, Jessie Webb, Dave Kent, Casey Barnhart, Chase Reed, and Branden Rodgers ("Defendants") have requested a modification of the Scheduling Order (ECF Document No. 36) by extending the dispositive motion filing deadline an additional two weeks. Finding good cause to do so, the Court orders as follows:

1. The date for filing dispositive motions shall be extended from January 11, 2022 to **January 25, 2022**.

2. In all other respects, the Scheduling Order (ECF Document No. 36), shall remain in full force and effect.

Dated: January 10, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
gibb2817.36disp