# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| Robert A. Gibbs <br> Plaintiff (s), <br> V. <br> J. Webb; et al. <br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 2:18-cv-2817-JAM DB P |

Notice is hereby given that, subject to approval by the court, __See attached__ substitutes
(Party (s) Name)

__Christopher M. Pisano__, State Bar No. __192831__ as counsel of record in place
(Name of New Attorney)

place of __Gary Brickwood__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Best Best & Krieger LLP
Address: 300 So. Grand Avenue, 25th Floor, Los Angeles, CA 90071
Telephone: (213) 612-8100          Facsimile (213) 617-7480
E-Mail (Optional):

I consent to the above substitution.                    County of Shasta
Date:
                                                        (Signature of Party (s))

I consent to being substituted.                          Gary Brickwood
Date:
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.                    Christopher M. Pisano
Date: February 25, 2022                                 */s/ Christopher M. Pisano*
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 03/10/22                                          /s/ DEBORAH BARNES
                                                        United States Magistrate Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

ATTACHMENT TO CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Substitution of the following defendants:

JESSIE WEBB

DAVE KENT

CASEY BARNHART

CHASE REED

BRANDEN RODGERS

DLB7
gibb2817.subst2