UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBART A. GIBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. WEBB,<br><br>　　　　Defendants. | No. 2:18-cv-2817 JAM DB P<br><br><br>ORDER |

Plaintiff, a former prisoner, proceeds pro se with a civil rights complaint under 42 U.S.C. § 1983. On January 25, 2022, defendants filed a motion for partial summary judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff has not opposed the motion or filed a statement of no opposition.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." Id. On October 28, 2020 (ECF No. 19), plaintiff was advised of the requirements for filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. See Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc), and Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th Cir. 1988).

////

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. In the order filed October 28, 2020, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, plaintiff shall file an opposition, if any, to the motion for partial summary judgement. If plaintiff does not oppose the motion for partial summary judgment, then plaintiff shall file a statement of no opposition. Failure to file an opposition or statement of no opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order. Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 14, 2022

DLB7
gibb2817.nooppo

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE