UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>             Plaintiff,<br><br>     v.<br><br>J. WEBB, et al.,<br><br>             Defendants. | No. 2:18-cv-2817 JAM DB P<br><br>ORDER |

On February 25, 2022, the Magistrate Judge issued an order denying plaintiff's motion to compel discovery. On April 1, 2022, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges... shall be final if no reconsideration thereof is sought from the Court within fourteen days... from the date of service of the ruling on the parties." Id. Plaintiff's request for reconsideration is untimely filed. In addition, pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the matter, the court finds the magistrate judge's ruling was not clearly erroneous or contrary to law.

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (ECF
2 No. 49) is denied.

4    Dated:  May 11, 2022            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
5                                    UNITED STATES DISTRICT COURT JUDGE