UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>  Plaintiff,<br><br>  v.<br><br>J. WEBB, et al.,<br><br>  Defendants. | No. 2:18-cv-02817-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>(Doc. Nos. 44, 53) |

Plaintiff Robert A. Gibbs, who was formerly detained at Shasta County Jail, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2022, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion for partial summary judgment (Doc. No. 44) be granted. (Doc. No. 53.) The magistrate judge recommended that summary judgment be entered in favor of defendant County of Shasta as to plaintiff's *Monell* claim and in favor of defendants Correctional Sergeants C. Reed and B. Rodgers as to plaintiff's First Amendment right to petition claim. (*Id.* at 8, 10.) The findings and recommendations were served on all parties and contained notice that

/////

any objections thereto were to be filed within twenty-one (21) days of service.  (*Id.* at 11.)  No objections have been filed and the time to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 28, 2022 (Doc. No. 53) are adopted in full;
2. Defendants' motion for partial summary judgment (Doc. No. 44) is granted;
   a. Summary judgment is granted in favor of County of Shasta as to plaintiff's *Monell* claim;
   b. Summary judgment is granted and in favor of defendants Sergeant Reed and Sergeant Rodgers as to plaintiff's First Amendment right to petition claim;
3. This case now proceeds only on the following claims brought by plaintiff:
   a. *Monell* claim against defendant CFMG;
   b. First Amendment retaliation claim against defendants Deputy Webb, Sergeant Reed, Sergeant Rodgers, and Captain Kent;
   c. Fourteenth Amendment excessive use of force claim against defendant Deputy Webb; and
   d. Fourteenth Amendment failure to protect claim against defendant Deputy Barnhart; and
4. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **September 6, 2022**

UNITED STATES DISTRICT JUDGE