UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:18-cv-02817 DAD DB P |
| Plaintiff, | |
| v. | ORDER |
| J. WEBB, et al., | |
| Defendants. | |

Plaintiff, who was formerly confined at the Shasta County Jail, proceeds pro se with civil rights claims under 42 U.S.C. § 1983 against California Forensic Medical Group ("CFMG") and jail deputies. The time for filing dispositive motions has expired. Plaintiff currently proceeds on the following claims: (1) Monell claim against CFMG; (2) First Amendment retaliation claim against Deputy Webb, Sergeant Reed, Sergeant Rodgers, and Captain Kent; (3) Fourteenth Amendment excessive force claim against Deputy Webb; and (4) Fourteenth Amendment failure to protect claim against Deputy Barnhart.

Before the court sets a further schedule for this litigation, including due dates for pretrial statements, the court inquires as to each party's position on the usefulness of scheduling a settlement conference, which may take place via videoconference.

////

1

1    Good cause appearing, IT IS HEREBY ORDERED that within 14 days of the date of this
2 order, each party shall file a notice briefly stating whether or not the party believes scheduling a
3 settlement conference would be useful at this time.
4 Dated:  September 19, 2022

DLB7
gibb2817.adr

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2