UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:18-cv-02817 DAD DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| J. WEBB, et al., | |
| Defendants. | |

By order filed January 3, 2023, this court directed plaintiff to file a pretrial statement on or before May 25, 2023. Plaintiff was warned that failure to file a pretrial statement could result in the imposition of sanctions, including dismissal of this action. Plaintiff has not filed a pretrial statement and has not otherwise responded to the court's order. It is therefore recommended that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 110.

In accordance with the above, IT IS HEREBY ORDERED that any defendant who has not filed a pretrial statement is relieved from filing a pretrial statement.

In addition, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 8, 2023

gibb2817.fpt

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE