UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>   Plaintiff,<br><br>   v.<br><br>J. WEBB,<br><br>   Defendants. | No. 2:18-cv-02817 DAD DB (PC)<br><br><br>ORDER |

Plaintiff Robert Gibbs was confined in the Shasta County Jail pending his criminal trial and filed this action under 42 U.S.C. § 1983. Plaintiff is no longer in custody.

The Courts' further scheduling order filed on January 2, 2023, required plaintiff to file and serve his pretrial statement and any motions necessary to obtain the attendance of incarcerated witnesses at trial on or before May 25, 2023. (ECF No. 61.) The deadline passed without plaintiff filing the pretrial statement or seeking an extension of time to do so. On June 9, 2023, the undersigned recommended this action be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with the court's order to file a pretrial statement. (ECF No. 64.)

Plaintiff has filed objections to the findings and recommendations. (ECF No. 67.) Plaintiff has also filed a motion for extension of time to file the pretrial statement (ECF No. 65), a pretrial statement (ECF No. 66), and a motion for an ADA accommodation (ECF No. 67).

////

Plaintiff states he suffers from post-traumatic stress disorder and disorganized thinking. (ECF No. 65.) For many weeks, he believed his pretrial statement was due on July 8, 2023, rather than June 8, 2023. (Id.) Plaintiff asks the court to recognize his mental health history and requests an ADA accommodation in the form of not applying the sanction of dismissal for the untimely filing of pretrial statement. (ECF No. 68.) Good cause appearing, the undersigned will grant plaintiff's motion for an extension of time, deem the pretrial statement timely filed, and vacate the findings and recommendations to dismiss this case. Plaintiff's request for an ADA accommodation in the form of not applying the sanction of dismissal is moot because the recommendation to dismiss this action is being vacated.

In accordance with the above, IT IS HEREBY ORDERED:

1. The findings and recommendations filed on June 9, 2023 (ECF No. 64), are VACATED.

2. Plaintiff's motion for an extension of time to file the pre-trial statement (ECF No. 65) is GRANTED and plaintiff's pre-trial statement is deemed timely filed.

3. Plaintiff's motion for an ADA accommodation requesting that the court not apply the sanction of dismissal is denied as MOOT.

Dated: June 27, 2023

DLB7
gibb2817.vac.frs

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE