UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT A. GIBBS

      Plaintiff,              No. 2:18-cv-2817 DAD DB P

vs.

J. WEBB, et al.,

      Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Robert A. Gibbs, booking # 23009038, a necessary and material witness in proceedings in this case on November 7, 2023, is confined in Shasta County Jail, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Judge Dale A. Drozd, to appear by telephonic conferencing at Shasta County Jail, November 7, 2023, at 1:30 p.m.

      Accordingly, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a copy by fax to Shasta County Jail, Attention: Booking at (530) 245-6129.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Sheriff of Shasta County Jail, 1665 West St., Redding, California 96001**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
Dated:  October 27, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7